UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANDRA RAE CRONE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | CASE NO. C08-519RSM <br><br> ORDER OF DISMISSAL |

This action was transferred to this court on April 11, 2008, by the United States Court of Federal Claims after that court determined it lacked jurisdiction over the matter. Dkt. # 10-3. At the time it was transferred, there was a pending Order to Show Cause, directing the *pro se* plaintiff to respond to a Motion to Dismiss on or before November 23, 2005. Dkt. # 10-12. Plaintiff has never responded to that Order to Show Cause, nor has she entered an appearance in this Court. According to the docket of the Court of Claims, plaintiff has taken no action whatsoever in the case since filing the original complaint on May 5, 2005. It appears she has abandoned the litigation.

Accordingly, the complaint and action are hereby DISMISSED for failure to prosecute and failure to comply with the Order to Show Cause.

Dated this 26th day of March, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1